

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00769-CV

Joan **O'NEILL**,
Appellant

v.

**RANDA RECONSTRUCTION, LLC**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI14519
Honorable Norma Gonzales, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: February 5, 2020

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due on December 25, 2019. Appellant failed to file her brief or a motion for extension of time. On January 6, 2020, we issued an order informing appellant that her brief was overdue and directing her to file, on or before January 17, 2020, her brief and a written response reasonably explaining why appellee was not significantly injured by appellant's failure to timely file her brief. We advised appellant that if she failed to file her brief and the written response by the date ordered, we would dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) (allowing appellate courts to dismiss an appeal for want of prosecution when an

appellant fails to timely file a brief); *see also* TEX. R. APP. P. 42.3(c) (allowing appellate courts to dismiss an appeal when an appellant fails to comply with a court order). Appellant has not filed her brief or otherwise responded to our January 6, 2020 order. Therefore, this appeal is dismissed for want of prosecution.

PER CURIAM